IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| SENRICK SHERN WILKERSON | § | |
|---|---|---|
| (TDCJ No. 1885146), | § | |
| Petitioner, | § | |
| V. | § | No. 3:17-cv-805-K |
| LORIE DAVIS, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed Objections on April 11, 2017. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner's Objections are **OVERRULED.**

SO ORDERED.

Signed April 17th, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1